UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:                                          Chapter 11

XL- CARE AGENCY, INC.                           Case No. 1-05-15960-dem

                    Debtor.
-------------------------------------------------------x


                        DENNIS E. MILTON
                    United States Bankruptcy Judge

        In its Order dated November 15, 2007, the Court provided that it would award

counsel fees separately in a written opinion. At the time, it was the Court's intention to reduce

the fee award to the law firm of Fox Rothschild, LLP by a significant amount due to the number

of times when counsel was not ready to proceed, resulting in otherwise unnecessary

adjournments, and the number of other delays occasioned when counsel produced someone other

than the debtor's principal to testify in an area where only the principal had direct, first-hand

knowledge. The Court now feels that the passage of time along with the impact of delayed

receipt of an expected receivable in these economic times has delivered a message as effectively

as a substantial reduction in the fee award. Accordingly, the Court shall grant the application of

Fox Rothschild LLP for payment of professional fees in this matter in accord with the

accompanying Order.

Dated:   Brooklyn, New York
         April 20, 2009


                                            s/DENNIS E. MILTON
                                            DENNIS E. MILTON
                                            United States Bankruptcy Judge